In the Matter of HENRY STERN, Appellant, against EDWARD T. McCAFFREY, as Commissioner of Licenses of the City of New York, Respondent.

Argued October 22, 1952; decided November 25, 1952.

*Sidney Grossman* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Henry J. Shields* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.